STATE EX REL. WITTE, Appellant, vs. BOARD OF ELECTION COMMISSIONERS OF THE CITY OF MILWAUKEE, Respondent.

*September 10—October 9, 1956.*

For the appellant there was a brief and oral argument by *Martin J. Torphy* of Milwaukee.

For the respondent there was a brief by *Walter J. Mattison,* city attorney, and *Peter M. Stupar,* assistant city attorney, and oral argument by *Mr. Stupar.*

FAIRCHILD, C. J.   This case was argued and submitted with the case of *State ex rel. McIntyre v. Board of Election Comm.,* ante, p. 395, 78 N. W. (2d) 752, and is ruled by the decision therein.

*By the Court.*—Judgment affirmed.

CURRIE and STEINLE, JJ., dissent.